JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MADRID,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 10-7258-DMG (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: September 2, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1