JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MADRID, ) | Case No. CV 10-7258-DMG (SP) |
| Petitioner, ) | |
| vs. ) | **JUDGMENT** |
| STATE OF CALIFORNIA, ) | |
| Respondent. ) | |

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: September 2, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE